UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 13 |
| Aaron J. Willoughby, | Case No. 17-10961-cgm |
| Debtor. | |

-----------------------------------------------------------x

# **LOSS MITIGATION REQUEST – BY THE DEBTOR**

I am a Debtor[1] in this case. I hereby request Loss Mitigation with respect to *[Identify the Property, last four (4) digits of Loan account number and Creditor(s) for which you are requesting Loss Mitigation]*:

<u>Property: 762 Beck Street, Bronx, New York 10455 - Loan No. xxxxxx5029</u>

<u>Creditor: CitiMortgage, Inc., Attention President, 1000 Technology Drive, MS 420, O'Fallon, MO 63368.</u>

**SIGNATURE**

I have reviewed the Loss Mitigation Program Procedures, and I understand that if the Court orders Loss Mitigation in this case, I will be bound by the Loss Mitigation Program Procedures. I agree to comply with the Loss Mitigation Program Procedures, and I will participate in Loss Mitigation in good faith. I understand that Loss Mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation period.

The Debtor hereby permits the Creditor listed above to contact (check all that apply):

☐ The Debtor directly.
☒ Debtor's bankruptcy counsel.
☐ Other: _____.

---

[1] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

Sign: /s/ Aaron J. Willoughby                              Date: August 21, 2017

Print Name: Aaron J. Willoughby

Telephone Number: 845-452-1422

E-mail address (if any): _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                          Chapter 13

Aaron J. Willoughby,                                                 Case No. 17-10961-cgm

                                    Debtor(s).
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Debtor's Loss-Mitigation Request was furnished to the following parties on the 21st day of August, 2017 by United States first-class mail and/or by electronic notification:

CitiMortgage, Inc.
Attn: President
1000 Technology Drive, MS 420
O'Fallon, MO 63368

CitiMortgage, Inc.
Attn: President
P.O. Box 6030
Sioux Falls, SD 57717-6030

David A. Gallo & Associates, LLP
95-25 Queens Blvd., 11th Floor
Rego Park, NY 11374


Dated:  Poughkeepsie, New York
            August 21, 2017

/s/Julius A. Rivera, Jr., Esq._____
Julius A. Rivera, Jr., Esq.
Attorney for Debtor
309 Mill Street
Poughkeepsie, New York 12601
(845) 452-1422